In re:  
Eric Paul Seltzer  
Roxanne Denise Seltzer  
    Debtors

Case No. 20-01096-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2     Date Rcvd: Apr 22, 2020  
                     Form ID: ntcnfhrg     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2020.

```
db/jdb         Eric Paul Seltzer,    Roxanne Denise Seltzer,    317 S Line St,    Frackville, PA  17931-2307
5315245       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX  79998-2238)
5315246        CAP1/Justice,    PO Box 30253,    Salt Lake City, UT  84130-0253
5315247        Citicards Cbna,    PO Box 6217,    Sioux Falls, SD  57117-6217
5317767       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,    Dept 55953,    P.O. Box 55000,
               Detroit MI, 48255-0953)
5315249        Fin Recovery,    200 E Park Dr,    Mount Laurel, NJ  08054-1297
5315250        Ford Motor Credit Comp,    PO Box 542000,    Omaha, NE  68154-8000
5319883       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
               c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5315244        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5315253        M & T Bank Mortgage,    PO Box 900,    Millsboro, DE  19966-0900
5315242        Seltzer Eric Paul,    317 S Line St,    Frackville, PA  17931-2307
5315243        Seltzer Roxanne Denise,    317 S Line St,    Frackville, PA  17931-2307
5315258        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 22 2020 19:04:04
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5315248        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 22 2020 18:56:13      Comenitycb/boscov,
               PO Box 182120,    Columbus, OH  43218-2120
5315251        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 22 2020 19:04:02      Jpmcb Card,
               PO Box 15369,    Wilmington, DE  19850-5369
5315252        E-mail/Text: camanagement@mtb.com Apr 22 2020 18:56:13      M & T Bank,    PO Box 900,
               Millsboro, DE  19966-0900
5315254        E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 19:03:08       Syncb/amazon,    PO Box 965015,
               Orlando, FL  32896-5015
5315255        E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 19:04:02       Syncb/lowes,    PO Box 960061,
               Orlando, FL  32896-0061
5315256        E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 19:03:35       Syncb/oldnavydc,    PO Box 965005,
               Orlando, FL  32896-5005
5315257        E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 19:03:08       Syncb/qvc,    PO Box 965005,
               Orlando, FL  32896-5005
5315333       +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2020 19:04:03       Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2020                                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:

      Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com  
      James Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com  
      Jason Paul Provinzano   on behalf of Debtor 1 Eric Paul Seltzer MyLawyer@JPPLaw.com,  
        G17727@notify.cincompass.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Jason Paul Provinzano    on behalf of Debtor 2 Roxanne Denise Seltzer MyLawyer@JPPLaw.com, G17727@notify.cincompass.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric Paul Seltzer,
aka Eric P. Seltzer, aka Eric Seltzer,

**Debtor 1**

Roxanne Denise Seltzer,
aka Roxanne D. Seltzer, aka Roxanne Seltzer,

**Debtor 2**

Chapter 13

Case No. 5:20-bk-01096-RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866-582-6878, no later than 24 hours, before your hearing. | Date: June 3, 2020  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes-Barre, PA 18701  (570) 831-2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 22, 2020 |

ntcnfhrg (03/18)