Certificate Number: 17572-PAM-DE-039209764

Bankruptcy Case Number: 20-01096


17572-PAM-DE-039209764

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 5, 2025, at 6:21 o'clock AM PST, Roxanne D Seltzer completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   January 5, 2025                By:     /s/Leigh-Anna M Thompson

                                       Name:   Leigh-Anna M Thompson

                                       Title:  Counselor